P.O. Box 12914
Norfolk, VA 23541

REIZE MARGOLIS
440 BROOKLYN AVE, APT 6B
BROOKLYN, NY 11225-4447

FIRST CLASS



ZIP 23229
02 4W
0000357517 FEB 23 2021
U.S. POSTAGE >> PITNEY BOWES
$ 001.20⁰

# PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914  Norfolk, VA  23541
PHONE 1-800-772-1413 | www.portfoliorecovery.com

RQ

2/17/2021

REIZE MARGOLIS
440 BROOKLYN AVE, APT 6B
BROOKLYN, NY 11225-4447

Re: Account Number: 5466160224722981
Original Account Number: ************2981
Seller: CITIBANK, N.A.
Original Creditor: CITIBANK, N.A.
Current Creditor: Portfolio Recovery Associates, LLC
Balance: $11,991.89

Dear REIZE MARGOLIS:

In response to your request, Portfolio Recovery Associates, LLC ("PRA, LLC") has enclosed additional documentation for your review.

If you wish to discuss this account, please call Danni Cox at 1-800-772-1413. Our hours of operation are Mon. to Fri. 8am - 11pm, Sat. 8am - 8pm, Sun. 11am - 10pm (EST).

Sincerely,

Danni Cox
Portfolio Recovery Associates, LLC Representative

**This communication is from a debt collector. This communication is made for the limited purpose of responding to your request and is not an attempt to collect a debt.**

**NOTICE: SEE ADDITIONAL PAGE(S) FOR IMPORTANT INFORMATION**

**HOURS OF OPERATION:** Mon. to Fri. 8am - 11pm, Sat. 8am - 8pm, Sun. 11am - 10pm (EST)

**FOR THE HEARING IMPAIRED:** TDD: 1-800-828-1140

**COMPANY ADDRESS:** Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502

**DISPUTES:** Call 1-800-772-1413 or write to: Portfolio Recovery Associates, LLC, Disputes Department, 140 Corporate Blvd., Norfolk, VA 23502

**DISPUTES E-MAIL ADDRESS:** PRA_Disputes@portfoliorecovery.com

**QUALITY SERVICE AVAILABLE Mon. – Fri. 8 AM to 6 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at 1-800-772-1413 or by e-mail at PRACustomerCare@portfoliorecovery.com.

**NOTICE:** We are required under state law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws:

**COLORADO:** Office located at 4600 South Syracuse Street, Suite 966, Denver, CO 80237. Telephone 1-866-508-4751.

**MAINE:** Telephone number at licensed location is 1-800-772-1413. Hours of operation at licensed location are Mon. to Fri. 8am - 11pm, Sat. 8am - 8pm, Sun. 11am - 10pm (EST).

**MASSACHUSETTS:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**NEW YORK CITY:** City of New York License Numbers – 1096994, 1394695, 1394697, 1394696, 1394698, 2045465, 2052875, 2061138, 2063671, 2070336.

A translation and description of commonly-used debt collection terms is available in multiple languages on the NYC Department of Consumer Affairs' website, www.nyc.gov/dca.

PRA offers translation services in numerous languages for customers that prefer to speak with us over the telephone in a language other than English. In addition, PRA offers Spanish versions of its letters. If you prefer to speak with us in a language other than English, please contact us at 1-800-772-1413 to let us know of your preference and to determine if PRA can translate into your preferred language via LanguageLine Solutions or to request a Spanish-speaking representative. To request future letters in Spanish, please contact us at 1-800-772-1413. PRA's website, www.portfoliorecovery.com, is available in English or Spanish.

**NORTH CAROLINA:** Collection Agency Permit No. 4132.

# Citi ThankYou® Preferred Card 

**REIZE MARGOLIS**
Member Since 2005   Account number ending in: 2981
Billing Period: **12/12/15-01/13/16**

How to reach us
www.citicards.com
1-800-THANKYOU (1-800-842-6596)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $11,991.89 |
| New balance: | $11,991.89 |
| Payment due date: | 02/09/16 |

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $1996.35 and an overlimit amount of $1091.89.

### Account Summary

| | |
|---|---|
| Previous balance | $11,991.89 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$11,991.89** |

### Credit Limit

| | |
|---|---|
| Revolving Credit limit | $10,900 |
| Includes $4,000 cash advance limit | |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $11,992 |

For information about credit counseling services, call 1-877-337-8188 New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

---

 Pay online  www.citicards.com

 Pay by phone  1-800-THANKYOU
(1-800-842-6596)

✉ Pay by mail  Use this coupon
- Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
- Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $11,991.89 |
| New balance | $11,991.89 |
| Payment due date | 02/09/16 |

**Amount enclosed:**

Account number ending in 2981

000000 PW 34 A 0

REIZE MARGOLIS
ATTNY ACCOUNT-CODE=GC03
APT 6B
BROOKLYN NY 11225-4447

CITI CARDS
PO BOX 9001037
Louisville, KY 40290-1037

15000 1199189 1199189 0022500 0546616022472981 0912

REIZE MARGOLIS

www.citicards.com
1-800-THANKYOU(1-800-842-6596)

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

### 2016 totals year-to-date

| | |
|---|---|
| Total fees charged in 2016 | $0.00 |
| Total interest charged in 2016 | $0.00 |

### Interest charge calculation

Days in billing cycle: 33

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 15.24% (V) | $0.00 (D) | $0.00 |
| ADVANCES | | | |
| Standard Adv | 25.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Help is available! Please call the toll-free number shown above to learn about our special payment options. Call Monday - Friday, 7 am to 9 pm, or Saturday, 8 am to 5 pm, Central Time. Please give us the opportunity to assist you.

# Citi ThankYou® Preferred Card 

**REIZE MARGOLIS**
Member Since 2005  Account number ending in: 2981
Billing Period: **05/14/15-06/11/15**

How to reach us
www.citicards.com
1-800-THANKYOU(1-800-842-6596)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $259.98 |
| New balance: | $10,922.26 |
| Payment due date: | 07/09/15 |

**You are over your credit limit.** Please pay at least the minimum payment due, which includes an overlimit amount of $22.26.

### Account Summary

| | |
|---|---|
| Previous balance | $10,763.91 |
| Payments | -$225.00 |
| Credits | -$0.00 |
| Purchases | +$254.63 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$128.72 |
| **New balance** | **$10,922.26** |

### Credit Limit

Revolving Credit limit   $10,900
Includes $4,000 cash advance limit

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 25 year(s) | $23,555 |
| $379 | 3 year(s) | $13,629 (Savings=$9,926) |

For information about credit counseling services, call 1-877-337-8187 New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.





**Total ThankYou Member Available Point Balance:**   7,379
as of 05/31/15

» See page 3 for more information about your rewards.

Please print **Address Changes** on the reverse side

 Pay online  www.citicards.com

 Pay by phone  1-800-THANKYOU
(1-800-842-6596)

✉ Pay by mail  Use this coupon
- Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
- Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $259.98 |
| New balance | $10,922.26 |
| Payment due date | 07/09/15 |

**Amount enclosed:**

Account number ending in 2981

000000 PW 00 A 0

REIZE MARGOLIS
440 BROOKLYN AVE
APT 6B
BROOKLYN NY 11225-4447

CITI CARDS
PO BOX 9001037
Louisville, KY 40290-1037

15000  0025998  1092226  0022500  0546616022472298L  0917

REIZE MARGOLIS

www.citicards.com  
1-800-THANKYOU(1-800-842-6596)

Page 2 of 2




## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 06/05 | PAYMENT THANK YOU | -$225.00 |
| **Standard Purchases** | | | |
| 06/07 | 06/07 | EMPIRE KOSHER        BROOKLYN    NY | $25.87 |
| 06/08 | 06/08 | SQ *CHOCOLATTE ESPRESS Brooklyn    NY | $9.80 |
| 06/08 | 06/08 | SUSHI SPOT II        BROOKLYN    NY | $6.52 |
| 06/08 | 06/08 | SWEET EXPRESSIONS    BROOKLYN    NY | $8.44 |
| 06/08 | 06/08 | TOTALLY HER MATERNITY BROOKLYN    NY | $204.00 |

## Fees charged

Total fees charged in this billing period              $0.00

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 06/11 | INTEREST CHARGED TO STANDARD PURCH | $128.72 |
| Total interest charged in this billing period | | $128.72 |

### 2015 totals year-to-date

| | |
|---|---|
| Total fees charged in 2015 | $26.00 |
| Total interest charged in 2015 | $642.95 |

### Interest charge calculation

Days in billing cycle: 29

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 14.99% (V) | $10,807.69 (D) | $128.72 |
| **ADVANCES** | | | |
| Standard Adv | 25.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

**thankyou from citi**

Member ID: 8910231668069258  
ThankYou Points Earned This Period  
2x on Dining                               33  
2x on Entertainment                         0  
1x on Other Purchases                     238  
**Total Earned**                          271

» Visit thankyou.com to redeem points or see full rewards details.

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

### Account messages

Support Nepal: Use ThankYou® Points via Pointworthy.com to help earthquake victims or make a donation at www.redcross.org/citigroup-pub

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.