

Zalman Dubov &lt;zalman@lawbalisok.com&gt;

## Portfolio vs Reize Margolis 22298-18
2 messages

**Zalman Dubov** &lt;zalman@lawbalisok.com&gt;  Mon, Jan 25, 2021 at 11:19 AM
To: Kristen.Mantyla@portfoliorecovery.com

Good Morning Kristen,

My firm was recently retained to reach out to you on the above referenced lawsuit.

Attached please find our answer on this matter and a hard copy will be emailed to you shortly.

In addition, my client said that she does not have a copy of this lawsuit, can you please email a copy of it for our files.

Please review and advise.

Thank you

--

Please feel free to call me if you have any questions.

Sincerely,
Zalman Dubov, Paralegal,
Balisok & Kaufman, PLLC
251 Troy Avenue
Brooklyn, NY 11213
Office (718) 928-9607 Ext. 1047
Fax (718) 534-9747
(Cell) 347-461-3859
Zalman@LawBalisok.com

==========================================================
CIRCULAR 230 DISCLOSURE: Per regulations governing practice before the Internal Revenue Service, any tax advice contained herein is not intended or written for use, and cannot be used, to avoid tax penalties that may be imposed on the taxpayer.
==========================================================
CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail of any unintended recipients and delete the original message without making any copies.

 **Answer Margolis Reize.pdf**
94K

**Zalman Dubov** &lt;zalman@lawbalisok.com&gt;  Fri, Mar 5, 2021 at 12:49 PM
To: Kristen.Mantyla@portfoliorecovery.com

Good afternoon Kristen,

Can you confirm that your firm has received this answer from me, and please update me on the status of this case.

Thank you

[Quoted text hidden]